463 A.2d 51

Huntley, Appellant v. Huntley.
Petition for Allowance of Appeal
Denied Nov. 28, 1983.

Submitted February 22, 1983. Samuel Joseph Davis, for appellant; John E. Costello, for appellee.

Before SPAETH, BROSKY and JOHNSON, JJ.

The order of the lower court is affirmed.

---

463 A.2d 52

Mazzenga et al., Appellants v. Mazzenga.

Argued April 19, 1983. Ronald M. Bugaj, for appellants; Paul A. Barrett, for appellee.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Order affirmed.